# EXHIBIT B

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY**